Steven W. Ritcheson, Esq., No. 174,062
*swritcheson@hgdlawfirm.com*
Joseph C. Gabaeff, Esq., No. 255,054
*jgabaeff@hgdlawfirm.com*
HENINGER GARRISON DAVIS, LLC
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

Attorneys for Plaintiff, PIAO SHANG INDUSTRY CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIAO SHANG INDUSTRY CO., LTD.,<br><br>            Plaintiff,<br>    vs.<br>XENTRIS WIRELESS, LLC,<br><br>            Defendant.<br>_____<br>XENTRIS WIRELESS, LLC,<br><br>            Counter-Plaintiff,<br>    vs.<br>PIAO SHANG INDUSTRY CO., LTD.,<br><br>            Counter-Defendant.<br>_____ | CASE NO. 2:12-cv-09895-MWF (AGRx)<br><br>[Hon. Alicia G. Rosenberg]<br><br>**ORDER ENTERING A PROTECTIVE ORDER** |

///

# ORDER

For good cause shown, based on the parties' stipulation submitted concurrently herewith,

IT IS HEREBY ORDERED that the stipulated protective order be entered in this case.

**IT IS SO ORDERED**.

Date: March 18, 2013

Hon. ALICIA G. ROSENBERG
United States Magistrate Judge

Respectfully submitted:
HENINGER GARRISON DAVIS, LLC

By:   /s/ Joseph C. Gabaeff
      Steven W. Ritcheson
      Joseph C. Gabaeff
      Attorneys for Plaintiff,
      PIAO SHANG INDUSTRY CO., LTD.

Dated: March 12, 2013